IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEBBIE HUGHEY** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **SEPTA-SOUTHEASTERN PENNSYLVANIA** | : | **NO. 17-2903** |
| **TRANSPORTATION AUTHORITY, et al.** | : | |

# ORDER

AND NOW, this 30th day of June, 2017, upon consideration of plaintiff's motion to proceed *in forma pauperis* and his *pro se* complaint, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. The complaint is DISMISSED with prejudice for the reasons discussed in the Court's memorandum.

3. The Clerk of Court shall CLOSE this case.

                                              **BY THE COURT:**

                                              */s/ Gerald J. Pappert*
                                              **GERALD J. PAPPERT, J.**